DATE:             June 9, 2008

DEFENDANT:     PHILLIP D. MCCALL

YOB:             1973

ADDRESS:         Colorado Springs, CO

COMPLAINT FILED?  _____ YES    _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES    _X_ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:         Count 1: Felon in possession of a firearm, 18 U.S.C. § 922(g)(1)

LOCATION OF OFFENSE:     El Paso County, Colorado

PENALTY:         Count 1:  NMT 10 years imprisonment, up to a $250,000 fine or
                 both, NMT 3 years and NLT 2 years supervised release, and a
                 $100.00 special assessment fee.

AGENT:           Lee A. Glauvitz, Alcohol, Tobacco and Firearm,
                 Colorado Springs, Colorado

AUTHORIZED BY:       Kurt J. Bohn
                     Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

   _X_ five days or less
   _____ over five days

THE GOVERNMENT

     X     will seek detention in this case

          will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:        Yes        X        No