IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   05-mj-01107

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. PHILLIP D. MCCALL,

Defendant.

---

## MOTION TO SEAL CRIMINAL COMPLAINT, ARREST WARRANT AND MOTION TO SEAL

---

Comes Now, the United States of America, by and through the undersigned

Assistant United States Attorney, and moves this Honorable Court to issue an Order

Sealing the Criminal Complaint, Arrest Warrant, and this Motion to Seal in the above-

captioned case, and as grounds for this request states the following:

1.      The government asks that the Criminal Complaint, Arrest Warrant, the

Government's Motion to Seal, the Order to Seal, and any order resulting from the

defendant's Criminal Complaint all be sealed until the defendant has been arrested and

brought before the Court because defendant is at large and of the sensitive information

contained therein.

WHEREFORE, the United States asks this Honorable Court to issue an order

sealing the Criminal Complaint, Arrest Warrant, this Motion to Seal, and any order issued by this Court with regard to defendant's Criminal Complaint until the defendant has been arrested and brought before the Court .

Respectfully submitted,

TROY A. EID
United States Attorney


KURT J. BOHN
Assistant U.S. Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303)  454-0100
Fax: (303) 454-0403
E-mail: kurt.bohn@usdoj.gov
Attorney for the Government